UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MINNESOTA

| | |
|---|---|
| ACHTE/NEUNTE BOLL KINO BETEILIGUNGS GMBH & CO KG<br>Wormserstrasse 173<br>D-55130 Mainz, Germany<br><br>　　　Plaintiff,<br><br>v.<br><br>KIRK LARSON,<br>2954 Payne Ave<br>Saint Paul, MN 55117-1224<br><br>　　　Defendant. | CA. 11-cv-00138-JRT-JJK |

## NOTICE OF DISMISSAL WITHOUT PREJUDICE

Plaintiff hereby dismisses the above action without prejudice. Plaintiff hereby applies to the Court for an Order directing that judgment of dismissal without prejudice be entered accordingly.

　　　　　　　　　　　　　　　　　　Respectfully Submitted,
　　　　　　　　　　　　　　　　　　Achte/Neunte Boll Kino Beteiligungs Gmbh & Co KG

　　　　　　　　　　　　　　　　　　<u>/s/ Gregory J. Haupert</u>
**DATED:** 10/3/11　　　　　　　　　Troy A. Poetz - 318267
　　　　　　　　　　　　　　　　　　Gregory J. Haupert - 0320213
　　　　　　　　　　　　　　　　　　RAJKOWSKI HANSMEIER, LTD.
　　　　　　　　　　　　　　　　　　11 Seventh Avenue North
　　　　　　　　　　　　　　　　　　P.O. Box 1433
　　　　　　　　　　　　　　　　　　St. Cloud, Minnesota 56302
　　　　　　　　　　　　　　　　　　Telephone: (320) 251-1055